IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| ADAM TOURIGNY,<br><br>Plaintiff,<br><br>v.<br><br>AAR AIRCRAFT SERVICES, INC., d/b/a AAR AIRCRAFT SERVICES-MIAMI,<br><br>Defendant. | No. |

**NOTICE OF REMOVAL**

Defendant, AAR Aircraft Services, Inc. ("AAR"), by their attorneys, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby remove this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade, Florida (the "State Court"), where the action is now pending, to the United States District Court for the Southern District of Florida, Miami Division. In support of removal, Defendant states as follows:

1. On August 5, 2014, Plaintiff, Adam Tourigny, filed a civil action in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade, Florida, entitled Adam Tourigny v. AAR Aircraft Services, Inc., d/b/a AAR Aircraft Services-Miami, Case No. 14-020398-CA-01 ("Circuit Court Action").

2. On August 19, 2014, a copy of the Complaint and Summons were served upon AAR. True and correct copies of all processes, pleadings, and orders served upon AAR are attached as Exhibit A ("State Court File"). Thus, this Notice of Removal is timely filed, pursuant to 28 U.S.C § 1446(b), within 30 days from the date on which AAR received notice of the Circuit Court Action.

3. Plaintiff's Complaint contains a total of four counts against AAR. *See* State Court File. In Counts I, II, and III, Plaintiff alleges breach of agreement, *quantum meruit*, and unjust enrichment against AAR. *See id.* In the remaining cause of action, Count IV, Plaintiff alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA") against AAR. *See id.* Plaintiff bases all the Counts on the same factual allegations. *See id.*

4. This action is within the original federal jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331, because Plaintiff has asserted a claim under the FLSA and thus the lawsuit raises a federal question under the laws of the United States.

5. This Court has supplemental jurisdiction of Plaintiff's remaining causes of actions, Counts I, II, and III, because they are so related that they form part of the same case or controversy under Article III of the Unites States Constitution and this Court has jurisdiction pursuant to 28 U.S.C. § 1367(a).

6. The District embracing the place where this action is presently pending is the United States District Court for the Southern District of Florida, Miami Division. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1446(d), AAR provided written notice of the removal to the Plaintiff in this action. AAR has also contemporaneously filed a copy of this Notice of Removal in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade, Florida. A copy of the Notice of filing Notice of Removal is attached as Exhibit B.

WHEREFORE, Defendant, AAR, respectfully requests that further proceedings in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade, Florida be discontinued and that this action be moved in its entirety to the United States District Court for the Southern

District of Florida.

Respectfully submitted,

AAR AIRCRAFT SERVICES, INC., d/b/a
AAR AIRCRAFT SERVICES-MIAMI

/s/ Sheila M. Cesarano

Sheila Cesarano
Florida Bar No.
scesarano@shutts.com
Lauren Fernandez
Florida Bar No.
lfernandez@shutts.com
SHUTTS & BOWEN LLP
100 S. Ashley Drive, Suite 1500
Tampa, Florida 33602
(813) 229-8900
(813) 229-8901 (facsimile)

-and-

J. Kevin Hennessy
Illinois Bar No. 1189816
khennessy@vedderprice.com
Patrick W. Spangler
Illinois Bar No. 6290810
pspangler@vedderprice.com
Andrew T. Oppenheimer
Illinois Bar No. 6313655
aoppenheimer@vedderprice.com
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
T: +1 (312) 609-7500
*Admitted Pro Hac Vice*

*Attorneys for AAR Manufacturing, Inc.*

Dated: September 8, 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing Notice of Removal were served on:

Anthony M. Georges-Pierre
Remer & Georges-Pierre, PLLC
44 West Flager Street, Suite 2200
Miami, Florida 33130.

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 by 5:00 p.m. on September 8, 2014.

/s/ Sheila M. Cesarano